## ATTACHMENT A-1

## DESCRIPTION OF THE PREMISES TO BE SEARCHED

The SUBJECT PREMISES **105 SE 350th Road, Warrensburg, Missouri 64093**, which is a single-family, multi-level home with light brown siding and an attached garage. The house number "105" is clearly displayed to the right of the front door. Additionally, there is a detached storage unit located on the property.